UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:08cr   (MRK) |
| | VIOLATIONS: |
| v. | 18 U.S.C. § 2114(a) (Robbery of a Person in Lawful Custody of Money or Other Property of the United States) |
| | 18 U.S.C. § 924(c)(1)(A)(ii) (Possession of a Firearm During and In Relation to a Crime of Violence) |
| SEQUIAN WILLIAMS | 18 U.S.C. § 924(d) (Forfeiture of Firearms) |

## I N F O R M A T I O N

The United States Attorney charges:

### COUNT ONE
(Robbery of a Person in Lawful Custody of Money or Other Property of the United States)

On or about April 19, 2008, in New Haven, in the District of Connecticut, SEQUIAN WILLIAMS, the defendant herein, did rob a person having lawful charge, control or custody of money or other property of the United States, and, in doing so, put the life of said person in jeopardy by the use of a dangerous weapon, that is, one Jennings, Model J-22, .22 caliber pistol, bearing serial number 706025.p

All in violation of Title 18, United States Code, Section 2114(a).

### COUNT TWO
(Possession of a Firearm During and In Relation to a Crime of Violence)

On or about April 19, 2008, in New Haven, in the District of Connecticut, SEQUIAN WILLIAMS, the defendant herein, during and in relation to a crime of violence which may be prosecuted in a Court of the United States, that is, a violation of Title 18, United States Code,

Section 2114(a), as set forth in Count One of this Information, did knowingly use, carry, or possess a firearm, that is: one Jennings, Model J-22, .22 caliber pistol, bearing serial number 706025.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## FORFEITURE ALLEGATION

Upon conviction of the firearm offense alleged in Count Two of this Information, defendant SEQUIAN WILLIAMS, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm involved in the commission of the offense, including but not limited to the following: one Jennings, Model J-22, .22 caliber pistol, bearing serial number 706025.

_____/s/_____
NORA R. DANNEHY
ACTING UNITED STATES ATTORNEY

_____/s/_____
ROBERT M. SPECTOR
SUPERVISORY ASSISTANT UNITED STATES ATTORNEY

_____/s/_____
CHRISTOPHER M. MATTEI
ASSISTANT UNITED STATES ATTORNEY